■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NASHANE A. PETERKIN, Appellant. [19 NYS3d 910]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Nassau County (Delligatti, J.), imposed February 20, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Sgroi, Hinds-Radix and Barros, JJ., concur.